UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-22756-BLOOM/Louis**

CHARMAINE FLOYD,

    Plaintiff,

v.

DEPARTMENT OF AGRICULTURE,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Magistrate Judge Lauren Louis' Report and Recommendation ("R&R"), ECF No. [8]. This matter was originally assigned to Judge Louis pursuant to Administrative Order 2025-11 and, therefore, Judge Louis conducted a review of the record *sua sponte*. In her review of the record, Judge Louis determined that she did not have authority to issue a dispositive order, finding that "the parties have not consented to magistrate judge jurisdiction at this time." ECF No. [7]. Accordingly, on August 4, 2025, Judge Louis issued an R&R recommending that Plaintiff's Complaint be dismissed without prejudice based on Plaintiff's failure to either pay the filing fee or timely file an IFP Motion. *See* ECF No. [8]. The R&R advised Plaintiff that she had "fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with this Court." *Id.* at 3. To date, Plaintiff has filed no objections, nor has Plaintiff sought additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of the R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Case No. 25-cv-22756-BLOOM/Louis

Upon review, the Court finds Judge Louis' R&R to be well reasoned and correct. The Court agrees with the analysis in the R&R and concludes that Plaintiff's Complaint must be dismissed without prejudice for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [8]**, is **ADOPTED**;

2. The Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**;

3. All pending motions are **DENIED AS MOOT**; and

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, August 19, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of record

Charmaine Floyd
1243 N.W. 100 Terrence
Miami, FL 33147
PRO SE